Robert C. Griffin
CROWLEY FLECK PLLP
P.O. Box 2529
Billings, MT 59103-2529
Telephone: (406) 252-3441
Facsimile: (406) 256-0277
E-Mail: rgriffin@crowleyfleck.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CITY OF GREAT FALLS,<br><br>              Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC. f/k/a NEW WORLD SYSTEMS CORPORATION,<br><br>              Defendant. | Cause No. 16-CV-00032-BMM<br><br>**RULE 41 NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff City of Great Falls hereby gives notice of dismissal without prejudice of this action against Tyler Technologies, Inc., f/k/a New World Systems Corporation, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. No party other than plaintiff has appeared in this action so no court order or notice to counsel is required under Rule 41(a), but the undersigned counsel has been in communication with counsel for the defendant and will provide said counsel with a copy of this Notice.

\* - 2

Dated this 25th day of April, 2016.

                        /s/ Robert C. Griffin
                        CROWLEY FLECK, PLLP
                        *Attorneys for Plaintiff*

\* - 2